Dora L. ADKINS, Plaintiff–Appellant,

v.

BANK OF AMERICA, N.A.,
Defendant–Appellee.

No. 14–1757.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 21, 2014.

Decided: Oct. 23, 2014.

Dora Adkins, Appellant pro se. Na-
thaniel Patrick Lee, McGuirewoods, LLP,
Tysons Corner, Virginia, for Appellee.

Before SHEDD, DUNCAN, and
FLOYD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district
court's order dismissing her civil action
alleging claims related to the foreclosure
of her home. We have reviewed the rec-
ord and find no reversible error. Accord-

ingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Adkins v. Bank of Am., N.A.*, No. 1:14–cv–00563–GBL–JFA, 2014 WL 3615876 (E.D.Va. July 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*